**E-FILED**
Monday, 21 June, 2010  03:09:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

MICHAEL MCGOVERN,                )
                                 )
               Plaintiff,        )
                                 )
     vs.                         )          No.   10-4046
                                 )
TRINITY MEDICAL CENTER,          )          **NOTICE OF REMOVAL**
                                 )
               Defendant.        )

Defendant, TRINITY MEDICAL CENTER, by its attorneys, SNYDER, PARK & NELSON, P.C., submits this Notice of Removal pursuant to 28 U.S.C. § 1446. This Court has original jurisdiction over this action on the basis of 28 U.S.C. § 1441 (b), because the action is founded on a claim or right arising under the laws of the United States.

1.     On June 4, 2010, plaintiff, MICHAEL MCGOVERN, commenced this action by filing a Complaint in the Circuit Court of Rock Island County, Illinois, styled *Michael McGovern., Plaintiff, v. Trinity Medical Center, Defendant,* No. 10 L 69.  Copies of the Summons and Complaint are attached as Exhibits A and B.

SNYDER, PARK & NELSON, P.C.
ATTORNEYS AT LAW
ROCK ISLAND, ILLINOIS

2

2.      Paragraphs 1 and 11 of plaintiff's Complaint states that Count I of the action is brought pursuant to the Americans with Disabilities Act of 1990, Pub. L. 101-336, 42 USC § 12101 *et seq.*, referred to herein as the ADA. (Plaintiff's Complaint, paragraphs 1 and 11, incorrectly cites the ADA as "42 USC § 1211, Et.Seq.")

3.      Paragraph 18 of plaintiff's Complaint states that Count II of the action is brought pursuant to the Age Discrimination in Employment Act, referring to the Age Discrimination in Employment Act of 1967, Pub. L. 90-202, 29 USC § 621 *et seq.,* referred to herein as the ADEA.   (Plaintiff's Complaint, paragraph 18, incorrectly cites the ADEA as "29 U.S.C. § 623 et seq.")

4.      Defendant, TRINITY MEDICAL CENTER, by its attorney, Robert T. Park, accepted service on June 11, 2010.  A copy of the Acceptance of Service is attached as Exhibit C.

5.      Defendant, TRINITY MEDICAL CENTER, received actual notice of the Complaint no earlier than June 5, 2010.

6.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), which provides that notice of removal may be filed "within thirty days after

SNYDER, PARK & NELSON, P.C.
ATTORNEYS AT LAW
ROCK ISLAND, ILLINOIS

the receipt by the defendant, through service or otherwise, of a copy of the

initial pleading setting forth the claim for relief upon which such action or

proceeding is based, or within thirty days after the service of summons upon

the defendant if such initial pleading has then been filed in court and is not

required to be served on the defendant, whichever period is shorter."

7.      Defendant, TRINITY MEDICAL CENTER, has filed no pleadings in the

Rock Island County Circuit Court case.

8.      Defendant, TRINITY MEDICAL CENTER, has made no response to the

Complaint and no rulings have yet been made in the case.

9.      This action is removable to this Court pursuant to 28 U.S.C.

§ 1446, because this court has original jurisdiction based on 28 U.S.C. §1331,

which provides: "The district courts shall have original jurisdiction of all civil

actions arising under the Constitution, laws, or treaties of the United States."

10.     The specific facts supporting original jurisdiction of this court

over the action being removed are as follows:

a.      In Count I of plaintiff's Complaint seeks damages based on a

        claim defendant terminated plaintiff's employment solely on the

        basis of his real or perceived disability in violation of the ADA.

4

b.    Count II of plaintiff's Complaint seeks damages based on the claim that defendant discriminated against plaintiff because of his age by terminating his employment in violation of the ADEA.

11.    Venue for this removed action is proper under 28 USC § 1441(a) because the territorial jurisdiction of this Court and this Division includes Rock Island County, where plaintiff's suit was filed.  Venue is also proper under 28 USC 1391(b) because defendant is a resident of this district and a substantial part of the events giving rise to the claim occurred in this district.

12.    Defendant will promptly give the adverse party notice of removal, as required by 28 USC § 1446(d), and will promptly file a copy of this notice with the clerk of the Rock Island County Circuit Court.

WHEREFORE, defendant, TRINITY MEDICAL CENTER, gives notice of the removal of the above-entitled action from the Circuit Court of Rock Island County, Illinois, to the United States District Court for the Central District of Illinois, Rock Island Division.

TRINITY MEDICAL CENTER, Defendant

By: _____/s/Robert T. Park_____
        Robert T. Park    ARDC #02143585

SNYDER, PARK & NELSON, P.C.
ATTORNEYS AT LAW
ROCK ISLAND, ILLINOIS

5

Snyder, Park & Nelson, P.C.
Attorneys for Defendant
1600 - 4th Avenue, Suite 200
P.O. Box 3700
Rock Island, IL  61201
(309) 786-8497
(309) 786-0463 (fax)
Email: rpark@snyderpark.com


## CERTIFICATE OF FILING AND SERVICE

I, Robert T. Park, attorney, hereby certify that I filed a copy of the foregoing Notice of Removal of defendant, Trinity Medical Center, with the clerk of the Clerk of the Court using the CM/ECF system and I hereby further certify that I have mailed a copy of the document, first class postage prepaid, to the following on the 21st day of June 2010:

Mark R. Fowler
Gomez, May, Schutte, Yeggy
Bieber & Wells
2322 E. Kimberly Road, Suite 120W
Davenport, IA  52807.

_____/s/Robert T. Park_____
Robert T. Park       ARDC #02143585