E-FILED
Thursday, 19 May, 2011 02:02:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael McGovern, | ) | |
|         Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 10-4046 |
| | ) | |
| Trinity Medical Center, | ) | |
|         Defendant | ) | |

**ORDER**

Now before the Court is the Plaintiff's Motion to Dismiss (#14), in which Plaintiff seeks dismissal of his claim with prejudice due to settlement with the Defendant. The Motion states that it is unopposed by Defendant.

The Motion is granted. The cause is dismissed with prejudice, cause of action satisfied and costs paid. The Clerk is directed to close this case.

ENTERED ON  May 19, 2011

                                                    s/ John A. Gorman

                                          JOHN A. GORMAN
                            UNITED STATES MAGISTRATE JUDGE